469 A.2d 304

Commonwealth v. Barbour, Appellant.

Submitted October 21, 1983. Stephen P. Dicht, for appellant; Jane Cutler Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, President Judge, WIEAND and MONTEMURO, JJ.

Order affirmed.